UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  **Mark D. Murphy**　　　　　　　　　　Misc. No. 22-50186

_____/　　Hon. Judith E. Levy

　　　　　　　　　　　　　　　　　　　　　　Hon. Laurie J. Michelson

　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman

## ORDER APPOINTING THREE JUDGE PANEL

Petitioner, Mark D. Murphy, was suspended from the practice of law by the Kansas Supreme Court, effective November 19, 2020. On December 30, 2021, he was reinstated by the Kansas Supreme Court.

In accordance with E.D. Mich. LR 83.22(i), on November 2, 2022, Mark D. Murphy filed an Affidavit in requesting reinstatement to practice of law before the federal courts within the Eastern District of Michigan.

Pursuant to E.D. Mich. LR 83.22(i), the Affidavit has been assigned for hearing before Judge Judith E. Levy, Chairperson; Judge Laurie J. Michelson and Judge Matthew F. Leitman.

By virtue of 28 U.S.C. § 136(B), Mark D. Murphy will have the burden of demonstrating by clear and convincing evidence that he (1) has the moral qualification, competency and learning in the law that is required for admission to the practice of law before this Court, and (2) will not commit any act that will be detrimental to the integrity of the State Bar of Michigan, the administration of justice, or the public interest.

If Mark D. Murphy is found fit to resume the practice of law, he will be reinstated, subject to those conditions which may be imposed upon him under the Local Rules of this Court. However, if he is found to be unfit to resume the practice of law, his Petition will be dismissed.

The presiding judge in this matter will forward a copy of the decision to Chief Judge Sean F. Cox.

s/Sean F. Cox
Sean F. Cox, Chief Judge
United States District Court

Dated:   November 10, 2022
        Detroit, Michigan